UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **FRANK SHIELDS** | * | **CIVIL ACTION NO:** |
| | * | |
| **VERSUS** | * | |
| | * | |
| **THE NEW ORLEANS PUBLIC BELT** | * | **SECTION:** |
| **RAILROAD COMMISSION, D/B/A** | * | |
| **NEW ORLEANS PUBLIC BELT** | * | |
| **RAILROAD COMPANY** | * | **MAGISTRATE:** |
| ****************************************** | | |

**COMPLAINT FOR DAMAGES**

**MAY IT PLEASE THE COURT:**

**NOW INTO COURT,** through undersigned counsel, comes Plaintiff, Frank Shields, a person of full age and majority residing and domiciled in the Parish of St. Tammany, State of Louisiana, and respectfully avers the following:

1.  This Honorable Court has jurisdiction by virtue of 28 U.S.C. § 1337, 28 U.S.C. § 1331, and 45 U.S.C. § 51, *et seq*.

2.  Venue is proper in the Eastern District of Louisiana as Orleans Parish is the parish were the cause of action(s) arose and/or accrued, and Defendant, New Orleans Public Belt Railroad [hereinafter "NOPB"], at all times mentioned herein was doing business in the Parish of Orleans as a common carrier in interstate commerce.

3.  This is an action(s) arising under the provisions of the Federal Employer's Liability Act, 45 U.S.C. § 51 *et seq*., commonly referred to as the FELA to recover damages for personal injuries sustained by the Plaintiff on or about the evening of July 30, 2010, while employed as a Transportation Manager/Trainmaster and while engaged in interstate commerce.

4. Defendant, City of New Orleans, by and through the Public Belt Railroad Commission of the City of New Orleans, is a political subdivision of the City of New Orleans, with its principal business establishment in the Parish of Orleans, does business as New Orleans Public Belt Railroad and as such engages in interstate commerce as a common carrier by railroad.

5. Defendant, NOPB, is liable unto Plaintiff, Frank Shields, for all of the damages he sustained as a result of the negligence, carelessness, and/or recklessness that NOPB, and its employee Joel McKay, committed on or about July 30, 2010, as well as all general and equitable relief, together with legal interest thereon from the date of judgment until paid, and for all costs of these proceedings for the following reasons to-wit:

6. On or about July 30, 2010, the Plaintiff, Frank Shields, was assaulted by NOPB employee Joel McKay placing the Plaintiff in immediate apprehension of bodily harm, causing and/or contributing, in whole or in part, injuries to Plaintiff's cervical spine and lumbar spine, which has required, and will require, multiple surgical interventions to his neck and lower back.

7. Plaintiff avers that the risk that Plaintiff was exposed to in the form of assault and violence carried out by the Defendant's employee, Joel McKay, was reasonably foreseeable under the circumstances to NOPB, and NOPB failed to make reasonable provision against it under the provisions of the Federal Employer's Liability Act, 45 U.S.C. 51, *et seq*.

8. Plaintiff avers that at the time of his injuries, he was an able-bodied railroad worker and that as a direct cause of Defendant's negligence under the Federal Employer's Liability Act (FELA) on or about July 30, 2010, Plaintiff sustained severe injuries that have caused him significant pain, suffering, lost wages, and unpaid medical expenses, for which he demands full recovery.

9. Plaintiff further avers that Defendant, through its employees, agents, servants, and employees negligently and carelessly failed to provide him with a reasonably safe place to work in violation of the provisions of the FELA, 45 U.S.C. § 51, *et seq*., thereby causing and/or contributing to the aforementioned injuries, in whole or in part; and the negligence of NOPB includes, but is not limited to the following acts to-wit:

   A. In that NOPB, in violation of its non-delegable duty, failed to provide Plaintiff with a reasonably safe place to work;

   B. In that NOPB, in violation of its non-delegable duty, failed to provide safe working conditions and proper equipment where Plaintiff was performing his duties in the manner required by Defendant;

   C. In that NOPB, in violation of its non-delegable duty, failed to warn Plaintiff of unsafe workplace conditions of which it knew, or in the exercise of reasonable care, should have known.

   D. In that NOPB, in violation of its non-delegable duty, failed to provide Plaintiff with sufficient and proper assistance.

   E. In that NOPB failed to exercise due care and caution commensurate with the surrounding circumstances;

   F. Other acts and omissions of negligence, which will be fully enumerated at the trial of this matter.

10. Plaintiff demands all damages reasonable in the premises and specifically itemizes the following damages for which he seeks recovery:

   A. Physical and Mental Pain and Suffering, Past and Future;

   B. Loss of Enjoyment of Life;

    C.  Past Lost Wages;

    D.  Unpaid Past Medical Expenses;

    E.  Future Lost Wages, *if incurred*.

11.   Plaintiff reserves the right to supplement and amend this Complaint, as additional facts become known to him.

12.   Plaintiff is entitled to and demands a trial by jury.

WHEREFORE, Plaintiff, Frank Shields, prays that Defendant, New Orleans Public Belt Railroad, be duly served with a copy of this Complaint and be summoned to appear and answer same and after due proceedings are held that there be Judgment granted herein in favor of Plaintiff, Frank Shields, and against Defendant, New Orleans Public Belt Railroad, for all sums reasonable in the premises, together with legal interest thereon from the date of judgment, until paid, for all costs of these proceedings and for all general and equitable relief.

        Respectfully Submitted,

        **DAVIS, SAUNDERS & MILLER, PLC**

        */s/ Joseph M. Miller*

BY:  _____

        **JOSEPH M. MILLER #30636**
        **BENJAMIN B. SAUNDERS #11733**
        **CARISA GERMAN-ODEN #31463**
        400 Mariners Plaza Drive, Suite 401
        Mandeville, Louisiana  70448
        Telephone: (985) 612-3070
        jmiller@davissaunders.com
        **Attorneys for Frank Shields**