U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED AUG 12 2014
WILLIAM W. BLEVINS
CLERK

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

No. 14-30781

CV 13-5135-L

FRANK SHIELDS,

Plaintiff - Appellant

v.

NEW ORLEANS PUBLIC BELT RAILROAD COMMISSION, doing business as New Orleans Public Belt Railroad Company,

Defendant - Appellee

Appeal from the United States District Court for the
Eastern District of Louisiana, New Orleans

CLERK'S OFFICE:

Under FED R. APP. P. 42(b), the appeal is dismissed as of August 08, 2014, pursuant to appellant's motion.

___ Fee___
___ Process___
_X_ Dktd___
___ CtRmDep___
___ Doc. No.___

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

By: Shea E. Pertuit
Shea E. Pertuit, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

A true copy
Attest:
Clerk, U. S. Court of Appeals, Fifth Circuit
By Shea E. Pertuit
Deputy
New Orleans, Louisiana AUG 08 2014